## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| KEITH A. SMITH, | : | No. 6 EAP 2019 |
| | : | |
| Appellant | : | Appeal from the Order of |
| | : | Commonwealth Court dated October |
| | : | 22, 2018 entered on October 23, 2018 |
| v. | : | at No. 666 MD 2018. |
| | : | |
| | : | |
| TOM WOLF, GOVERNOR OF | : | |
| PENNSYLVANIA., ATTORNEY | : | |
| GENERAL, JOSH SHAPIRO OF | : | |
| PENNSYLVANIA, GENERAL | : | |
| ASSEMBLY, | : | |
| | : | |
| Appellees | | |

## ORDER

**PER CURIAM**                                    **DECIDED:  NOVEMBER 20, 2019**

**AND NOW,** this 20th day of November, 2019, the order of the Commonwealth

Court is **AFFIRMED**.  Appellant's Motion for Judgment on the Pleadings is **DENIED**.

Justice Wecht did not participate in the consideration or decision of this matter.